IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
__MACON__ DIVISION

QUESTIONNAIRE FOR PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. §1983

CLARENCE MARCELL PUROFOY
G.D.C. 1049639

(GIVE FULL NAME AND PRISON NUMBER OF EACH PLAINTIFF):

Plaintiff(s)

VS.

WARDEN CYNTHIA NELSON
DEPUTY WARDEN WILLIAM POWELL
LT. JAMES PHELPS
LT. DONALD HARRIS
(NAME OF EACH DEFENDANT) SEE ATTACH 1 OF 2

Defendant(s)

CIVIL ACTION NO.

5:08-CV-445

## I. GENERAL INFORMATION

1. Your full name and prison number __CLARENCE MARCELL PUROFOY 1049639__

2. Name and location of prison where you are now confined __DODGE STATE PRISON P.O. BOX 276 CHESTER, GEORGIA 31012__

3. Sentence you are now serving (how long?) __20 YRS SERVE 10 YRS.__

    (a) What were you convicted of? __ARMED ROBBERY__

    (b) Name and location of court which imposed sentence __WORTH COUNTY SUPERIOR COURT   WORTH COUNTY, GEORGIA 31791__

    (c) When was sentence imposed? __09/20/2001__

    (d) Did you appeal your sentence and/or conviction?   ☐ Yes   ☒ No

    (e) What was the result of your appeal? __N/A__

    (f) Approximate date your sentence will be completed __05/20/2011__

## II. PREVIOUS LAWSUITS

4. Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in <u>any</u> federal or state court dealing with the <u>SAME FACTS</u> involved in this lawsuit or otherwise related to your imprisonment?   ☑ Yes   ☐ No

5. If your answer to question 4. is "Yes," list that lawsuit below, giving the following information: (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

    (a) Parties to the previous lawsuit:

        Plaintiff(s): CLARENCE M. PUROFOY 1049639

        Defendant(s): SHERIFF FREDDIE TOMPKINS

    (b) Name of Court: MIDDLE DISTRICT OF GA. (ALBANY DIVISION)

    (c) Docket Number: _____   When did you file this lawsuit? _____

    (d) Name of judge assigned to case: _____

    (e) Is this case still pending   ☐ Yes   ☑ No

    (f) If your answer to (e) is "No," when was it disposed of and what were the results? (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

CASE DISMISSED; NO I DID NOT APPEAL

## III. PRESENT CONFINEMENT

6. Where are you <u>now</u> confined? DODGE STATE PRISON

    (a) How long have you been at this institution? 10/14/08

    (b) Does this institution have a grievance procedure?   ☑ Yes   ☐ No

    (c) If your answer to question 6(b) is "Yes," answer the following:

        (1) Did you present your complaint(s) herein to the institution as a grievance?   ☐ Yes   ☑ No

        (2) What was the result? YOU CAN'T GRIEVE A DISCIPLINARY REPORT ONLY APPEAL. I WENT THROUGH THE COMPLETE APPEAL PROCESS AND APPEAL WAS GRANTED BY G.D.C. INMATE AFFAIRS

    (d) What, if anything, have you done to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

7. In what other institutions have you been confined? Give dates of entry and exit.

COASTAL S.P. 2001 TO 2002             COFFEE C.I 2005 TO 2007
HAYS S.P. 2002 TO 2003                CENTRAL S.P 2007 TO 2007
VALDOSTA S.P. 2003 TO 2004            WILCOX S.P 2007 TO 2008
RUTLEDGE S.P. 2004 TO 2004            DODGE S.P 2008 TO PRESENT
MILAN S.P 2004 TO 2005

## IV. PARTIES TO THIS LAWSUIT

8. List the name and address of each plaintiff in this lawsuit.

CLARENCE MARCELL PUROFOY  G.D.C. 1049639
DODGE STATE PRISON
P.O. BOX 276
CHESTER, GA. 31012

9. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

CYNTHIA NELSON (WARDEN; CENTRAL S.P.)
WILLIAM POWELL (DEPUTY WARDEN OF SECURITY; CENTRAL S.P.)
LT. JAMES PHELPS (DISCIPLINARY HEARING OFFICER; CENTRAL S.P.)
LT. DONALD HARRIS (SECURITY SUPERVISOR; CENTRAL S.P.)
NURSE MARTHA BRADY (NURSE; CENTRAL S.P.)

SEE ATTACHED 1 of 2

## V. STATEMENT OF CLAIM

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

Do not give any legal argument or cite any cases or statutes at this time; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULE 8 OF THE *FEDERAL RULES OF CIVIL PROCEDURE* REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, AND DIRECT! If the court needs additional information from you, you will be notified.

## STATEMENT OF CLAIM (CONTINUED)

Where did the incident you are complaining about occur? That is, at what institution or institutions? **CENTRAL STATE PRISON**

When do you allege this incident took place? **NOVEMBER 29, 2007**

What happened? ON 11/29/07 AT 1725 HOURS I WAS PLACED IN SEGREGATION BY SGT. MARY GORE, PER CHIEF COUNSELOR SUBER THROUGH LT. DONALD HARRIS. AT THAT TIME ALLEGATIONS WAS NOT MADE KNOWN TO ME. HOWEVER, AT 2115 HOURS I WAS SERVED A DISCIPLINARY REPORT FOR MASTURBATION B-11 (DISCIPLINARY CASE # 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). THE TIME OF THE OFFENSE 1730 HOURS. THERE IS NO WAY POSSIBLE FOR ME TO HAVE COMMITTED THIS VIOLATION WHEN IN FACT I WAS ALREADY IN SEGREGATION.

THIS DISCIPLINARY REPORT WAS WROTE BY NURSE MARTH BRAINY, IN WHICH THE FACTUAL STATEMENT WAS FEBRICATED AND CONTRARY IN NATURE, AND NOT CONSISTENT WITH ANY FACTS. SHE STATED THAT AT THE END OF PILL-CALL SHE OBSERVED ME MASTURBATING. WHEN IN FACT PILL-CALL HAVEN'T EVEN STARTED. MEDICAL AND ALL OTHER LOG BOOK ENTRY WILL SHOW WHEN PILL-CALL STARTED AND ENDED.

LT. DONALD HARRIS WAS THE REVIEWING OFFICER OF THIS DISCIPLINARY REPORT. AS THE REVIEWING OFFICER HE WAS RESPONSIBLE FOR MAKING SURE THAT THE DISCIPLINARY REPORT WAS WROTE CORRECTLY AND CONSISTENT TO THE DISCIPLINARY HEARING POLICY. IF HE WOULD'VE DONE HIS DUTY AS PROSCRIBED HE WOULD'VE SEEN: 1) IT WAS NO WAY POSSIBLE FOR ME TO HAVE COMMITTED THE ALLEGED OFFENSE WHEN I WAS ALREADY IN SEGREGATION DURING THE TIME OF THE OFFENSE, 2) BEING A SHIFT SUPERVISOR THAT PILL-CALL HAVEN'T STARTED, AND 3) AT APPROX 1720 HOURS HE GAVE INSTRUCTIONS TO SGT. MARY GORE TO ESCORT ME TO SEGREGATION IN WHICH I WAS IN THERE AT 1725 HOURS.

CHIEF COUNSELOR SUBER WAS THE DUTY OFFICER WHEN HE CAME AROUND THE FOLLOWING DAY 11/30/07. I EXPRESSED MY CONCERNS ABOUT ME BEING IN SEGREGATION. HE SAID THAT HE AUTHORIZED IT. I ASKED BASED ON WHAT? HE SAID ALLEGATIONS. I THEN ASKED WHAT

1 of 4

11. List the name and address of every person you believe was a witness to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

MANAGER SHAVONDAH FIELDS, OF INMATE AFFAIRS UNIT G.D.C. OFFICE OF INVESTIGATIONS AND COMPLIANCE 2 M.L.K. JR. DR. S.E. EAST TOWER ATLANTA GEORGIA 30334... SHE'S THE ONE WHO OVERTURNED THE D.R. ON THE 2ND STEP OF APPEAL. SHE HAVE A COMPLETE RECORD OF ALL EVIDENCE.

12. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

PUNITIVE DAMAGES; COMPENSATORY DAMAGES; INJUNCTIVE RELIEF; AND ANY OTHER RELIEF THE COURTS MAY GRANT. FOR CONSTITUTIONAL VIOLATIONS, CONSTITUTIONAL DEPRIVATION, VIOLATION OF OATH TO OFFICE, CONSPIRACY, AND VIOLATION OF RIGHTS

THE AMOUNT FOR SAID DAMAGES IS UNDISCLOSED UNTIL FURTHER PROCEEDINGS

13. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

14. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 12 day of DECEMBER, 20 08.

_____  
PLAINTIFF

| | |
|---|---|
| 2 of 2 | NAME OF EACH DEFENDANT (ATTACHMENT) |
| | NURSE MARTHA BRANDY |
| | CO II MS. KENDRICK |
| | SGT. MARY GORE |
| | CHIEF COUNSELOR SUBER |
| | JAMES DONALD COMMISSIONER |
| 2 of 2 | SECTION IV PARTIES TO THE LAWSUIT NUMBER 9 (ATTACHMENT) |
| | CO II MS. KENDRICK (CORRECTIONAL OFFICER; CENTRAL S.P.) |
| | SGT. MARY GORE (SGT.; CENTRAL S.P.) |
| | CHIEF COUNSELOR SUBER (CHIEF COUNSELOR; CENTRAL S.P.) |
| | JAMES DONALD (COMMISSIONER, GEORGIA DEPT. OF CORR.) |
| 2 of 4 | STATEMENT OF CLAIM (ATTACHMENT) |
| | ALLEGATIONS. HE LOOKED AT ME AND WALKED AWAY FROM MY CELL WHEN I TALKED TO WARDEN NELSON AND DEPUTY WARDEN POWELL DURING INSPECTION SHOWING THEM MY DISCIPLINARY REPORT AND CELL DOOR SHEET (ADMINISTRATIVE SEGREGATION ASSIGNMENT MEMO) THEY TOO AGREED THAT IT WAS NOT POSSIBLE FOR ME TO HAVE COMMITTED THIS ALLEGED OFFENSE. BUT YET CHOSE NOT TO RECTIFY THE PROBLEM BUT STILL INSISTED THAT IT BE INVESTIGATED. |
| | ON 12-07-07 MS. KENDRICK DID INVESTIGATE THE MATTER AND DID AN INVESTIGATIVE REPORT. SHE STATED IN HER FINDINGS THAT I WAS ALREADY LOCKED DOWN ACCORDING TO THE SEG. DOOR SHEET |

3 of 4   STATEMENT OF CLAIM (ATTACHMENT)

(ADMIN. SEG. ASSIGNMENT MEMO) THEN SHE RECOMMENDED THAT THE DISCIPLINARY REPORT GO BEFORE THE DISCIPLINARY HEARING OFFICER (D.H.O.) TO BE HEARD WITHOUT COLLECTING ANY OTHER EVIDENCE THAT I REQUESTED SUCH AS J-BUILDING SECURITY AND G-BUILDING LOG BOOK ENTRIES AS TO WHEN I WAS PLACED IN SEGREGATION, AND MEDICAL AND SECURITY LOG BOOK AS TO WHEN PILL CALL STARTED AND ENDED, SO SHE COULD MAKE A CLEAR ANALYSIS OF ANY CONFLICTS BETWEEN WITNESSES, EVIDENCE ETC... WHICH WOULD'VE SHED MORE LIGHT AS TO ME BEING INNOCENT.

ON 12/12/07 I WENT TO D.R. COURT D.H.O. LT. JAMES PHELPS HEARD AND SAW ALL THE EVIDENCE THAT WAS PRESENTED, THE INCONSISTENCY IN FACTUAL STATEMENT OF THE REPORTING OFFICER, THE CONFLICT BETWEEN IN TIME OF THE OFFENSE AND TIME COMMITTED TO SEGREGATION. LT. JAMES PHELPS CHOSE TO NEGATE IT AND FOUND ME GUILTY, AND SANCTIONING ME TO 7 DAYS ISOLATION.

ON 12/12/07 I APPEALED THE FINDING AT D.R. COURT TO DEPUTY WARDEN WILLIAM POWELL FOR REVIEW. HE TO NEGATED ALL FACTS AND PROCEDURAL ERROR THROUGHOUT THE WHOLE PROCEEDING, AND THE INSUFFICIENCY OF EVIDENCE AND DENIED THE 1ST STEP OF MY APPEAL.

ON 12/12/07 THE D.R. FINDING WAS SENT TO WARDEN NELSON WHERE-AS, SHE HAD FIRST HAND KNOWLEDGE OF MY CASE, AND CHOSE TO OVERLOOK THE FACT THERE IS NO CONSISTENCY BETWEEN THE FINDING AND SANCTION SHE APPROVED THE FINDING AT/OF D.R. COURT.

4 of 4    STATEMENT OF CLAIM   (ATTACHMENT)

ON 1/3/08 I APPEALED THOSE FINDINGS TO GA. DEPT. OF CORR. OFFICE OF INVESTIGATIONS AND COMPLIENCE INMATE AFFAIRS AND APPEAL. FOR A REVIEW OF MY CLAIMS.

ON 2/4/08 THE DISCIPLINARY REPORT WAS THOROUGHLY INVESTIGATED BY SHEVONDAH FIELDS THE MANAGER OF INMATE AFFAIRS UNIT, WHERE ALL DISCIPLINARY REPORT STEP 2 APPEALS IS INVESTIGATED. UPON HER INVESTIGATION OF MY CLAIM AND EVIDENCE PRESENTED MY APPEAL WAS UPHELD DUE TO A PROCEDURAL ERROR AND THE D.R. WAS EXPUNGED FROM MY RECORDS.

ON 11/10/08 WHILE AT DODGE S.P. D.R. INVESTIGATOR COII MS. BOOKER ALLOWED ME TO HAVE THE COPY OF ALL DOCUMENTS PERTAINING TO THIS DISCIPLINARY CASE ALL PARTIES CONSPIRED TO CONCEAL THEIR ILLEGAL ACT BY FALSIFING THE ADMIN. SEG. ASSIGNMENT MEMO TIME OF 1725 HOURS TO 1730 HOURS TO REFLECT THE SAME TIME OF THE OFFENSE. WHICH WAS DONE BY SGT. MARY GORE THE ORIGINAL MEMO TIME IS 1725 HOURS WHICH WHICH IS CONSISTANT TO LOG ENTRY OF G-BUILDING AND D.R. INVESTIGATIVE SUMMARY BY COII MS. KENDRICK.

ALL LEGAL DOCUMENTS WAS SENT TO GA. DEPT. OF CORR. DURING APPEAL PROCESS IN WHICH THEY USED TO OVERTURN THE D.R. WHICH WILL BE RETRIEVED DURING DISCOVERY

DEFENDANT JAMES DONALD IS THE COMMISSIONER OF THE DEPARTMENT OF CORRECTION AND EMPLOY ALL DEFENDANTS NAMED

CLARENCE M. BROSBY # 1349639
IDALEE STATE PRISON
P.O. BOX 276
CHESTER, GEORGIA 31012
LOCK A-4-211B

CLERK OF COURT GREGORY J. LEONARD
UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA
475 MULBERRY STREET
P.O. BOX 128
MACON, GEORGIA 31202-0128

RECEIVED
CLERK'S OFFICE
2008 DEC 19 AM 8:46
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA